IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAXCOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-1245-JFM |
| | ) |
| RODE MICROPHONES, LLC AND | ) |
| FREEDMAN ELECTRONICS PTY LTD., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, on January 2, 2024, the Court entered an order (D.I. 10) setting several deadlines including for an initial pretrial videoconference, an initial Rule 26(f) conference, the exchange of initial disclosures, the beginning of the discovery period, and the Rule26(f) report;

WHEREAS, on January 29, 2024, Plaintiff filed a letter (D.I. 12) indicating that defendant Freedman Electronics Pty Ltd. has not yet been served and requesting that all further proceedings be stayed until all parties have been served;

WHEREAS, on January 29, 2024, the Court entered an order (D.I. 13) cancelling several deadlines, including for filing the Rule 26(f) report and initial pretrial videoconference, and setting a status report deadline;

WHEREAS, the January 30, 2024 deadlines for the parties' exchange of initial disclosures and the beginning of the discovery period were not cancelled by the Court's order at D.I. 13;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to exchange initial disclosures under Fed. R. Civ. P. 26(a) and for the parties to begin the discovery period, including by exchanging written discovery

requests, is extended from January 30, 2024 to and including fourteen (14) days after the parties' deadline to file a Rule 26(f) report.

| | |
|---|---|
| */s/ Sean T. O'Kelly* | */s/ Emily S. DiBenedetto* |
| Sean T. O'Kelly (No. 4349) | Nathan R. Hoeschen (No. 6232) |
| O'KELLY & O'ROURKE, LLC | Emily S. DiBenedetto (No. 6779) |
| 824 N. Market Street, Suite 1001A | SHAW KELLER LLP |
| Wilmington, DE 19801 | I.M. Pei Building |
| (302) 778-4000 | 1105 North Market Street, 12th Floor |
| sokelly@okorlaw.com | Wilmington, DE 19801 |
| *Attorney for Plaintiff* | (302) 298-0700 |
| | nhoeschen@shawkeller.com |
| Dated: January 30, 2024 | edibenedetto@shawkeller.com |
| | *Attorneys for RODE Microphones, LLC* |

SO ORDERED this _____ day of_____, 20____.

_____
United States District Judge