IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ZAXCOM, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-1245 |
| | : | |
| **RODE MICROPHONES, LLC,** *et al.* | : | |

# ORDER

**AND NOW**, this 30th day of January 2024, upon considering the parties' stipulation to extend time (DI 17), and finding no good cause, it is **ORDERED** the parties' stipulation (DI 17) is **NOT APPROVED**.[1]

*/s/ John F. Murphy*
**MURPHY, J.**

---

[1] The reported, yet unexplained, refusal by counsel for Rode to facilitate service of its parent company (DI 12) is puzzling, but counsel for Zaxcom has not complained.  So we are content to hold off on a comprehensive schedule for the case until that is squared away.  Merely opening discovery is a different matter — counsel have offered to no reason for delay.