**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :

ZAXCOM, INC.,                     :
                                 :

              Plaintiff,       :

                                 :     C.A. No. 23-1245-JFM

              v.                :

                                 :     **JURY TRIAL REQUESTED**

RODE MICROPHONES, LLC. and     :
FREEDMAN ELECTRONICS PTY LTD.,  :
                                 :

             Defendants.    :
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF'S MOTION FOR DEFAULT**

**<u>DECLARATION OF RITA C. CHIPPERSON</u>**

# Exhibit-B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
ZAXCOM, INC.,                           :
                                        :
                    Plaintiff,          :
                                        :         C.A. No. 23-1245-JFM
             v.                         :
                                        :
                                        :         JURY TRIAL REQUESTED
RODE MICROPHONES, LLC. and              :
FREEDMAN ELECTRONICS PTY LTD.,          :
                                        :
                    Defendants.         :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DECLARATION OF PLAINTIFF'S COUNSEL RITA C. CHIPPERSON

I, Rita C. Chipperson, file this sworn Declaration pursuant to 28 U.S.C.§ 1746:

1.      I am over 21 years of age, of sound mind and body, and testify to the following from my own personal, first-hand knowledge; statements based on my information and belief are so indicated.

2.      I am counsel for Plaintiff Zaxcom, Inc. ("Zaxcom") in the above-styled action and file this Declaration in support of Zaxcom's concurrently filed Motion for Default.

3.      Zaxcom filed its Complaint on October 31, 2023, naming Rode Microphones, LLC ("Rode"), and Freedman Electronics Pty Ltd. ("Freedman") as Defendants. (D.I.1).

4.      On November 2, 2023, Zaxcom delivered a copy of the Complaint and Summons to Freedman, along with a request for waiver of service by email to Freedman's U.S.-based legal counsel, Alex Shtraym of Lathrop GPM (Chicago office). Freedman refused to waive service, and Rode refused to waive service unless it was made contingent upon service upon Freedman. Exhibit B1 is a copy of the correspondence transmitting the Complaint, Summons and request for waiver

1

of service by email to Freedman' U.S.-based legal counsel on November 2, 2023 and Defendants'
counsel's reply thereto.

5.       In response to the lawsuit, on December 8, 2023, Richard Beem on behalf of
Lathrop GPM (Chicago office), attorney of record for Rode in this action, stated: "[a]s you know,
we represent Freedman Electronics Pty Ltd ('Freedman') and RØDE Microphones, LLC
("RØDE") … after a careful review of the allegations in Zaxcom's complaint, we see no merit in
the allegations. Indeed, **our clients** are committed to fully defending against Zaxcom's frivolous
suit … ." (emphasis added), a copy of which is attached hereto as Exhibit B2.

6.       Rode's website contains statements conveying that Rode is a subsidiary owned,
controlled, and operating in the United States by Freedman. Rode's website contains pages where
Rode is described as Freedman' "flagship brand." T/A (i.e., trading as) "Rode Microphones" and
"Rode" in the United States:

(a)      the "RØDE Privacy Policy" page, which states "[w]e're RØDE Microphones
         (Freedman Electronics Pty Ltd T/A RØDE FREEDMAN ELECTRONICS PTY
         LTD; ABN 91 000 576 483)." (D.I.1-4 at Section 1);

(b)      Exhibit B3 is a copy of the "About RØDE" page,[1] which states, "RØDE is a
         uniquely Australian-owned and operated company … RØDE products are designed
         and manufactured at our headquarters in Sydney, Australia … RØDE is part of The
         Freedman Group, alongside Mackie, APHEX, Event and SoundField … Since its
         inception 1967, Freedman Electronics had become the home to four powerhouse
         pro audio brands: APHEX, Event Electronics, SoundField and, of course, RØDE.
         Across music recording and live performance, broadcast, filmmaking, podcasting

---

[1] https://rode.com/en-us/about/about-rode

and content creation, Freedman Electronics – with RØDE as its flagship brand – had earned its place as a global leader in audio technology." (Ex B3); and

(c) The "RØDE Terms of Use" page, which states, "6.1 RØDE is a registered trademark of RØDE Microphones/Freedman Electronics." (D.I.1-8 at Section 6).

7. Pursuant to the January 2, 2024, Court Order (D.I.10), the parties held an initial telephone conference on January 22, 2024. At this conference, opposing counsel continued to maintain Freedman had not been served, refused to accept service on behalf of Freedman, and failed to provide a reason why Freedman refused to accept service.

8. Upon information and belief, U.S. Trademark Registration Number 3973968 was applied for by Rode in 2010 and was subsequently assigned to Freedman in 2013, with Peter Freedman signing on behalf of both Rode and Freedman. (D.I.1-9).

9. During our Rule 7.1.1 telephone conversation on February 27, 2024, in an effort to resolve the service issue, U.S.-based counsel for Freedman was presented with the applicable facts and legal arguments explaining in detail the sufficiency of service on Freedman: 1) via its U.S. subsidiary, Rode; and 2) by registered mail to Freedman at the address of its Australian registered office. Opposing counsel nevertheless continued to refuse to acknowledge service, refused to accept service on behalf of Freedman, and took the position that service via registered mail to Freedman's Australian registered office would not constitute valid service. Freedman's counsel indicated that Freedman is knowingly refusing to authorize its attorney to accept service.

10. Upon information and belief, Freedman and Rode are controlled by an overlap of owners and directors:

a) Peter Freedman is the owner of both Freedman and Rode;

b) Damien Wilson is the CEO of both Freedman and Rode; and

3

c) Peter Freedman and Joe Hockey are both on the Board of Directors for both Freedman and Rode.

Exhibit B4 is a December 8, 2016 article announcing Damien Wilson as the Chief Executive Officer of Freedman and Rode. Exhibit B5 is an article showing that Peter Freedman inherited the family business, Freedman, in 1987, and created Rode.[2] Exhibit B6 is a copy of an online article announcing Mr. Joe Hockey has joined Rode Founder and Chairman Peter Freedman on the Board of Directors for Freedman and Rode, as Rode is a part of the Freedman Group.[3]

11.     Upon information and belief, Rode and Freedman share the same website. Exhibit B7 is a screenshot of a company overview website, indicating Freedman's website is www.rode.com/en.[4] *See also* D.I.1-4 depicting the About Page of rode.com which states "We're RØDE Microphones (Freedman Electronics Pty Ltd T/A RØDE FREEDMAN ELECTRONICS PTY LTD … ."

12.     Upon information and belief, Rode assumes custody of Freedman products in Australia and then sells the goods in U.S. markets, as evidenced by Exhibit B8. Exhibit B8 is a copy of opposing counsel's response on April 1, 2021, to our cease-and-desist letter from March 26, 2021.

13.     On February 29, 2024, Australian law firm, Eden King Lawyers, at the direction of Plaintiff's counsel, served a copy of the Complaint and Summons on Freedman by registered mail to its registered corporate office at C/-Pricewater House Coopers, Group 2 One International

---

[2] https://www.forbes.com/sites/marksparrow/2021/11/07/rde-an-australian-company-born-of-immigration-and-innovation-now-powering-todays-creatives/?sh=65f399b87e92
[3] https://audioxpress.com/news/freedman-electronics-appoints-joe-hockey-to-board-of-directors
[4] https://www.dnb.com/business-directory/company-profiles.freedman_electronics_pty_ltd.e926003075b1baf8d144cf29df72f56e.html

Towers Watermans Quay, Barangaroo New South Wales 2000, Australia, and its principal place of business at 107 Carnarvon Street, Silverwater, New South Wales, Australia in accordance with the Australian Corporations Act 2001. Exhibit B9 is a copy of the email from Australian counsel confirming this service including the cover letter sent to Freedman and the ASIC Current Organization Extract of Freedman.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that the foregoing is true and correct.

Executed on March 8, 2024.

_____

Rita C. Chipperson

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
ZAXCOM, INC.,                             :
                                          :
                    Plaintiff,            :
                                          :        C.A. No. 23-1245-JFM
            v.                            :
                                          :
                                          :        **JURY TRIAL REQUESTED**
RODE MICROPHONES, LLC. and                :
FREEDMAN ELECTRONICS PTY LTD.,            :
                                          :
                    Defendants.           :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF'S MOTION FOR DEFAULT**

**<u>NOVEMBER 2, 2023, CORRESPONDENCE TO ALEX SHTRAYM</u>**

# Exhibit-B1

**Janice Kwon**

| | |
|---|---|
| **From:** | Shtraym, Alex (LGPM) <alex.shtraym@lathropgpm.com> |
| **Sent:** | Wednesday, November 8, 2023 7:08 PM |
| **To:** | Rita C. Chipperson; Morgan Golightly |
| **Cc:** | Janice Kwon; richard.beem@lathropgpm.com; Mueller, Terry L. |
| **Subject:** | RE: Zaxcom, Inc. v. Rode Microphones, LLC et al 1:23-cv-01245-UNA; LGPM #747445 |

Dear Ms. Chipperson,

We have received your November 2, 2023, correspondence, however, we see no merit in the allegations.

In a spirit of cooperation, RODE Microphones, LLC may be willing to waive service if it is agreed that no response under Rule 12 will be due until actual service is made on Freedman Electronics Pty Ltd.

Alex Shtraym

**Alex Shtraym**
Associate
Lathrop GPM LLP
2101 Cedar Springs Road, Suite 1400
Dallas, TX  75201-2134
Direct: 469.983.6028
Mobile: 847.529.2539
alex.shtraym@lathropgpm.com
lathropgpm.com

---

**From:** Morgan Golightly <mdg@chippersonlaw.com>
**Sent:** Thursday, November 2, 2023 3:34 PM
**To:** Shtraym, Alex <alex.shtraym@lathropgpm.com>
**Cc:** Rita C. Chipperson <rcc@chippersonlaw.com>; Janice Kwon <jk@chippersonlaw.com>
**Subject:** Zaxcom, Inc. v. Rode Microphones, LLC et al 1:23-cv-01245-UNA

Mr. Shtraym,


Attached please find correspondence sent on behalf of Rita C. Chipperson.


Please find Appendix A in the link as follows:
https://www.dropbox.com/scl/fi/pd2jffl6o802flhzklcne/Appendix-A.-Court-Docket.zip?rlkey=b4p6w0bggfws86oljnhlfc5si&dl=0


Best regards,

**Morgan D. Golightly**

Direct: 973.845.9071 | Fax: 973.845.6176 | mdg@chippersonlaw.com



**|CHIPPERSON LAW GROUP**

Chipperson Law Group PC | Attorneys at Law | www.chippersonlaw.com
163 Madison Avenue | Suite 220-40 | Morristown | NJ 07960
103 Carnegie Center | Suite 300 | Princeton | NJ 08542
1250 Broadway | 36th Floor |New York | NY 10001

This message is being sent by or on behalf of an attorney. It is intended for the exclusive use of the individual or entity that is the named addressee, and it may contain information that is privileged or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the addressee, you are not authorized to read, print, retain, copy or disseminate any part of it. If you have received this message in error, please notify us immediately by e-mail, discard any paper copies, and delete all electronic files accompanying this message.

# CHIPPERSON LAW GROUP, P.C.

## 163 MADISON AVENUE, SUITE 220-40

### MORRISTOWN, NEW JERSEY 07960

**973-845-9071**

RITA C. CHIPPERSON
Principal

DENNIS J. HELMS
Counsel

DAVID A. CHIPPERSON
KEVIN M. CURRAN
HARRISON M. LEVINE*
PATRICIA P. WERSCHULZ
Of Counsel

*Bar Admission Pending

November 2, 2023

<u>**Via Federal Express and Electronic Mail**</u>

Mr. Alex Shtraym
Lathrop GPM
2101 Cedar Springs Road
Suite 1400
Dallas, TX 75201
alex.shtraym@lathropgpm.com

<u>Zaxcom, Inc. v. Rode Microphones, LLC *et al* 1:23-cv-01245-UNA</u>
Our File No.: ZZ0001.074

Dear Mr. Shtraym,

We are writing to you on behalf of our client Zaxcom, Inc. ("Zaxcom") regarding your clients, Freedman Electronics Pty Ltd ("Freedman") and Rode Microphones, LLC ("Rode")(referred to collectively herein as "Freedman/Rode"). Specifically, we write to follow up on our prior correspondence regarding Freedman/Rode's Go II Single Channel Wireless Microphone System (the "Rode Go II") and its Wireless Pro Dual Channel Wireless Microphone System (the "Rode Pro"), and the infringement by each of these products upon Zaxcom's patent portfolio.

The Rode Go II correspondence was sent directly to Freedman/Rode on March 26, 2021, and thereafter a follow-up letter was sent to you on May 24, 2021. The Rode Pro correspondence was emailed to you with a copy sent via Federal Express on August 25, 2023 (the "8/25/23 Notice Letter"). Your office signed for delivery of the 8/25/23 Notice

**103 Carnegie Center Boulevard**
**Suite 300**
**Princeton, New Jersey 08540**

**1250 Broadway**
**36th Floor**
**New York, New York 10001**

## CHIPPERSON LAW GROUP, P.C.

Mr. Alex Shtraym
November 2, 2023
Page 2 of 2

Letter on August 30, 2023. We have received no response from you regarding our May 24, 2021 correspondence and the 8/25/23 Notice Letter.

Since we were unable to resolve this dispute with you, a Complaint was filed on October 31, 2023, in the United States District Court of Delaware. *See* Appendix A. It has been assigned the above-referenced docket number.

We remain amenable to discussing and exploring alternative ways we can work together to resolve this issue without the need for court intervention including a potential licensing agreement. If and until such time as an agreement is reached, Zaxcom hereby again demands that Freedman/Rode:

(i)     cease all sales and offers to sell the Rode Go II and Rode PRO systems/products in the U.S.;

(ii)    immediately remove reference to the sale of the Rode Go II and Rode PRO systems/products in the U.S. from all Freedman/Rode Web sites;

(iii)   immediately halt all importation of the Rode Go II and Rode PRO systems/products and any accessories and components thereof into the U.S.; and

(iv)    direct all distributors or other retailers to cease all sales and offers to sell the Rode Go II and Rode PRO systems/products in the U.S.

Finally, please let us know whether you will agree to accept service or waive service on behalf of Freedman and Rode. We would appreciate the courtesy of a reply on or before **November 9, 2023.**

Very truly yours,

**CHIPPERSON LAW GROUP, P.C.**

/Rita C. Chipperson/mdg

Rita C. Chipperson, Esq.

RCC:mdg

cc: Client

Enclosures:     Appendix A – Complaint

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :

ZAXCOM, INC.,                                     :
                                 :

              Plaintiff,        :

                                 :    C.A. No. 23-1245-JFM

              v.            :

                                 :    **JURY TRIAL REQUESTED**

RODE MICROPHONES, LLC. and           :
FREEDMAN ELECTRONICS PTY LTD.,   :
                                 :

              Defendants.   :
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF'S MOTION FOR DEFAULT**

**DECEMBER 8, 2023, CORRESPONDENCE FROM RICHARD BEEM**

# Exhibit-B2

## Freedman Electronics Pty Ltd ("Freedman") and RØDE Microphones, LLC ("RØDE") - Letter from Richard Beem

Peterson Hubler, Joy (LGPM) <joy.petersonhubler@lathropgpm.com>

Fri 12/8/2023 1:40 PM

To:Rita C. Chipperson <rcc@chippersonlaw.com>
Cc:richard.beem@lathropgpm.com <richard.beem@lathropgpm.com>;Shtraym, Alex (LGPM) <alex.shtraym@lathropgpm.com>;
Mueller, Terry L. <terry.mueller@lathropgpm.com>

🖉 1 attachments (107 KB)

Letter to R. Chipperson from R. Beem.pdf;

SENT ON BEHALF OF RICHARD P. BEEM:

Dear Ms. Chipperson,

Kindly refer to the attached correspondence sent on behalf of Attorney Richard P. Beem.  If you have questions concerning the attached, please contact Mr. Beem at (312) 920-3303.

Regards,

Joy Peterson Hubler
Legal Administrative Assistant



**Joy Peterson Hubler**

**Legal Administrative Assistant**

Lathrop GPM LLP

80 South 8th Street, 3100 IDS Center

Minneapolis, MN  55402-3796

Direct: 1.612.632.3045

joy.petersonhubler@lathropgpm.com

lathropgpm.com

---

This e-mail (including any attachments) may contain material that (1) is confidential and for the sole use of the intended recipient, and (2) may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.



Lathrop GPM LLP
lathropgpm.com

155 North Wacker Drive
Suite 3000
Chicago, IL  60606-1787
Main: 312.920.3300

**Richard P. Beem**
Partner
richard.beem@lathropgpm.com
312.920.3303

December 8, 2023

**VIA EMAIL ONLY**

Rita C. Chipperson
Chipperson Law Group, P.C.
163 Madison Avenue, Suite 220-40
Morristown, New Jersey 07960
rcc@chippersonlaw.com

Dear Ms. Chipperson:

As you know, we represent Freedman Electronics Pty Ltd ("Freedman") and RØDE
Microphones, LLC ("RØDE").

Our client has referred to us Glenn Sanders' November 11, 2023, email addressed to Damien
Wilson.

In view of Zaxcom's recent filing, please ask Mr. Sanders to refrain from any further
communications with RØDE or Freedman employees, representative, distributors, dealers, and
the like.

Further, we remind you – as stated in our April 1, 2021 letter – that any negative or misleading
communications from Zaxcom or its principal that portray our clients in a negative light and
falsely suggest that Zaxcom's patents apply to any RØDE products may expose Zaxcom and
Mr. Sanders to causes of action for libel, slander, tortious interference, unfair competition, and
other causes of action.

Turning to the contents of Mr. Sanders' email, our clients decline the requested meeting.

Our clients respect the intellectual property rights of others. As stated in our November 8, 2023,
email to you, after a careful review of the allegations in Zaxcom's complaint, we see no merit in
the allegations. Indeed, our clients are committed to fully defending against Zaxcom's frivolous
suit and expressly reserve the right to pursue any and all available legal remedies.

In his email, Mr. Sanders stated that he wishes to avoid "the need for litigation." If that were true,
he should not have initiated the instant lawsuit, and he and Zaxcom should dismiss the
complaint.

On behalf of our clients, we also insist that Zaxcom immediately cease and desist from making
further false, misleading statements to the public or to RØDE distributors or customers,
including internet posts – and that to the extent practicable all such posts be deleted –
concerning RØDE, Freedman, or their products.

Rita C. Chipperson
December 8, 2023
Page 2


Thank you for your attention to this matter.

Very truly yours,

Lathrop GPM LLP

/s/ Richard P. Beem

Richard P. Beem
Partner


RPB

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

ZAXCOM, INC.,                     :

                              :

                 Plaintiff,     :

                              :     C.A. No. 23-1245-JFM

                 v.           :

                              :

                              :     **JURY TRIAL REQUESTED**

RODE MICROPHONES, LLC. and    :

FREEDMAN ELECTRONICS PTY LTD., :

                              :

              Defendants.   :

                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF'S MOTION FOR DEFAULT**

**"About RØDE" PAGE**

# Exhibit-B3

RØDE

PRODUCTS     APPS     USER GUIDES     SOLUTIONS     SUPPORT

About  /  About RØDE



## Who We Are

Welcome to RØDE.

We are a global leader in audio technology with a mission to amplify the voice and vision of the world's creators. With a storied history dating back over 50 years, RØDE is a uniquely Australian-owned and operated company with a passion for innovation, obsession with quality, and enduring commitment to making incredible audio accessible to everyone. Since the beginning, we have been at the forefront of creator technology, revolutionising everything from home studio recording to audio for filmmaking to podcasting with iconic products that continue to inspire.

We are *The Choice of Today's Creative Generation*™.

RØDE products are designed and manufactured at our headquarters in Sydney, Australia. Comprising five warehouses with a total footprint of over 280,000 square feet, RØDE's state-of-the-art facilities house over 500 million dollars in precision machinery and an international team of more than 600 people across highly skilled disciplines: electronics engineering, industrial design, technical engineering, robotics, audio and acoustics engineering, metal production, toolmaking, injection-mould technology, logistics, assembly, quality control, finance, marketing, and sales.

As well as our Sydney HQ, we have offices around the world, including the USA, China and the UK. RØDE products are exported to 119 countries globally.

RØDE is part of The Freedman Group, alongside Mackie, APHEX, Event and SoundField.

## The RØDE Story



### 1967
#### The Doors Open

The RØDE story began in 1967 when Freedman Electronics – the parent company of RØDE – first opened its doors in Sydney, Australia. Established by husband-and-wife Henry and Astrid Freedman after migrating to Australia from Sweden, Freedman Electronics soon became a leader in the fledgling Australian audio industry, becoming experts in loudspeakers, amplifiers and custom electronics, as well as dabbling in the odd microphone. Freedman Electronics was also the first company in Australia to carry Dynacord consoles, which gained fame in Australia whilst Henry sat behind the desk mixing a young Tom Jones during his 1968 tour of Australia.



### 1990



### The Birth of RØDE

With the technological advancement and relative low cost of equipment for home recording enthusiasts hitting new heights in the mid 1990s, the stage was set for the entry of an affordable, high-quality microphone. Having sourced and modified a large-diaphragm condenser microphone from China and tested the market to great interest, Henry's son Peter Freedman began creating the infrastructure to design, build and manufacture microphones in Australia. RØDE was born. This microphone was the now-iconic NT1, which would go on to become one of the best-selling microphones of all time. This was soon followed by the NT2, another immediate success that well and truly kickstarted the RØDE journey towards revolutionising how creators capture audio.



### 1990s-2000
### Studio Domination

Throughout the late 1990s and early 2000s, RØDE dominated the studio microphone market with models like high-end valve Classic and NTK, industry-standard radio microphones like the Broadcaster, and reissues of the NT1 and NT2. In just under a decade, the company had made an incredible impact in the pro audio industry with a winning formula of high quality and price accessibility and had become the brand of choice for a new generation of musicians and audio professionals. But another creative revolution was just around the corner, and in 2004 (rather RØDE released the microphone that would be there recording it all: the VideoMic.



### 2000s
### Expansion at Home and Abroad

The early 2000s were significant years for RØDE. In 2001, the company established operations in the USA, marking the first step towards global expansion that has continued ever since. These years also saw RØDE invest heavily in manufacturing technology and expand its operations with a goal to produce world-class microphones at accessible prices in Australia. This ethos has been the foundation of the brand since the very beginning and one of the reasons RØDE products are so revered around the world. This commitment to in-house manufacturing and investment in the precision technology required to do so continues to be a hallmark of the RØDE difference today.

### 2008
### On-Camera Dominance

Introduced in late 2004, the VideoMic changed the course of creative history. It was the world's first compact on-camera shotgun microphone.

After its launch in 2004, the RØDE VideoMic found enormous success amongst a new generation of indie filmmakers in the late 2000s when DSLR cameras such as the Canon EOS 5D MkII became capable of producing cinema-quality video. The VideoMic was the perfect microphone for these creators, offering high-definition audio capture in a compact, easy-to-use form factor the likes of which had never been seen before. As vlogging and YouTube exploded over the next decade and beyond, the VideoMic was there recording it all.



## 2010s
### Diversification

The late 2000s and early 2010s saw RØDE significantly expand its catalogue, push boundaries, and diversify into new markets. Capitalising on the enormous success of the VideoMic, the on-camera microphone range grew rapidly with modern classics like the VideoMic Pro and the VideoMic GO. New additions to the live performance and studio range – including the industry-standard M1 and highly innovative NTR – continued to see RØDE mics in the hands of the world's musicians, while developments in smartphone technology drove the development of several innovations for mobile content creators. Following the success of the Podcaster – one of the world's first USB microphones – in 2007, the NT-USB was released in 2014. The Podcaster also set the scene for a string of groundbreaking products to come.

## 2015
### Wireless Innovation

By the mid-2010s, RØDE had become the industry-standard microphone brand in the broadcast industry. The NTG professional shotgun mic range was now the go-to in film and TV; the now-legendary VideoMic had spawned a whole range of on-camera shotgun microphones, including the VideoMic Pro and Stereo VideoMic Pro; and a strong accessory line saw RØDE ascend to legendary status amongst location recordists and soundies. This reputation was taken to new heights with the release of the RØDELink digital wireless audio system in 2015. Announced at a huge product launch event in San Diego, USA, the system utilised RØDE's groundbreaking 2.4Ghz digital wireless technology to deliver flawless audio transmission for film, TV, presentation, and stage use. The RØDELink Filmmaker Kit, Newsshooter Kit and Performer Kit outclassed contemporary digital hybrid wireless systems and established RØDE as the premier brand for innovative, affordable wireless microphones – a position that would be further cemented just four years later.





## 2017
### 50 Years of Freedman Electronics

In 2017, RØDE celebrated 50 years since Henry and Astrid Freedman first opened their humble shop in Sydney. Since its inception 1967, Freedman Electronics had become the home to four powerhouse pro audio brands: APHEX, Event Electronics, SoundField and, of course, RØDE. Across music recording and live performance, broadcast, filmmaking, podcasting and content creation, Freedman Electronics – with RØDE as its flagship brand – had earned its place as a global leader in audio technology. But the story was not over yet.



## 2018

### Podcasting Powerhouse

Always with a finger on the pulse, RØDE released its first dedicated podcasting product – aptly named the Podcaster – in 2007, just months after the term was first coined. As podcasting grew across 2010s, RØDE was the go-to microphone brand, with products like the Procaster and NT-USB being firm favourites amongst pros and beginners alike. In a sharp left turn for the company (then primarily known as a microphone brand), RØDE released the world's first dedicated podcasting console, RØDECaster Pro, in 2018. An entirely unique product that allowed literally anyone to record a professional-quality podcast with ease, it helped fuel yet another creative revolution and marked a new phase in the evolution of RØDE.





## 2020s

### The Choice of Today's Creative Generation

As the saying goes, stage was set the stage for the next chapter in the RØDE story. The RØDECaster Pro was soon followed by the Wireless GO in 2019, yet another revolutionary tool for creators that leveraged RØDE's established reputation in the professional wireless category and knack for knowing exactly what creators need and want from a microphone. The highly innovative TF5, VideoMic NTG and NT05 microphones rounded out the 2010s – three flagship microphones across categories that RØDE has long-dominated: studio recording, on-camera and broadcast. With the dawn of the new decade, this streak of innovation continues with no sign of slowing down. The Wireless GO II, NT-USB Mini and RØDE Connect and VideoMic GO II are just some of the innovations that have kicked off the 2020s, with plenty more in the pipeline. Our mission to amplify the world's creators is as strong as ever, as is our position as THE CHOICE OF TODAY'S CREATIVE GENERATION™. Get ready for what's next.

---



**Products**
Microphones
Headphones
Interfaces and Mixers
Accessories
Apps
Apparel

**Support**
Contact RØDE
Service Centre
Warranty
Where to Buy
Authorised Dealers

**Company**
About RØDE
News and Info
Job Opportunities

**Account**
Create Account

Subscribe to our latest news and offers

Subscribe

© 2024 RØDE All Rights Reserved.     Privacy Policy    |    Terms & Conditions

  

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

ZAXCOM, INC.,                  :
                            :

          Plaintiff,        :

                            :     C.A. No. 23-1245-JFM

          v.             :
                            :

                            :     **JURY TRIAL REQUESTED**

RODE MICROPHONES, LLC. and    :
FREEDMAN ELECTRONICS PTY LTD.,  :
                            :

          Defendants.   :
                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF'S MOTION FOR DEFAULT**

<u>**DAMIEN WILSON PROMOTED TO CEO**</u>

# Exhibit-B4

**RØDE**

PRODUCTS    SOLUTIONS    APPS    USER GUIDES    SUPPORT

News  /  Damien Wilson Named Of RØDE Microphones And The Freedman Electronics Group

# Damien Wilson named CEO of RØDE Microphones and The Freedman Electronics Group

Released 08 Dec 2016. Last Updated 21 Mar 2022

RØDE Microphones' Sales & Marketing Director Damien Wilson has been promoted to Chief Executive Officer (CEO) of The Freedman Electronics Group, home to pro audio brands RØDE, Aphex, Event Electronics and SoundField.

Damien will take over the everyday management of the Group's business, giving Founder and Managing Director Peter Freedman AM more opportunity to embrace his passions within the companies, including product conception and development, manufacturing innovation, brand acquisition, and personal representation for the group internationally. Furthermore, Peter will deepen his advocacy for Australian manufacturing and export. Of course, with his customary attention to detail, he will remain abreast of all things within the Group.

"In November, The Freedman Electronics Group recorded its biggest ever month in business, and with fantastic new product offerings from RØDE, Event, Aphex and SoundField all on the horizon, it will be a period of great change and, we predict, even larger growth." says Peter Freedman.  "I can think of no better person to guide the various brands and departments through these great opportunities than Damien."

The new CEO relishes the challenge. "I've had an incredible time at RØDE over the past nine years," Wilson says, "developing new markets, making terrific friends around the world and absorbing the lessons of business at every step from Peter, who has been a real mentor. This challenge is the right move at the right time. I love RØDE and the pro audio industry – which remains full of blue sky potential – and look forward to building further upon our world class team and capability in all brands and departments. Ultimately, we want to keep creating incredible products that enable our customers' creativity. It's a terrific opportunity."



| Products | Support | Company |
|---|---|---|
| Microphones | Contact RØDE | About RØDE |
| Headphones | Service Centre | News and Info |
| Interfaces and Mixers | Warranty | Job Opportunities |
| Accessories | Where to Buy | **Account** |
| Apps | Authorised Dealers | Create Account |
| Apparel | | |

## Subscribe to our latest news and offers

 Subscribe

© 2024 RØDE All Rights Reserved.

Privacy Policy    |    Terms & Conditions

© 2024 RØDE All Rights Reserved.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
ZAXCOM, INC.,                         :
                                      :
              Plaintiff,              :
                                      :        C.A. No. 23-1245-JFM
       v.                             :
                                      :
                                      :        JURY TRIAL REQUESTED
RODE MICROPHONES, LLC. and            :
FREEDMAN ELECTRONICS PTY LTD.,        :
                                      :
              Defendants.             :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## PLAINTIFF'S MOTION FOR DEFAULT

## FORBES PETER FREEDMAN ARTICLE

# Exhibit-B5

☰   ✉ Subscribe to newsletters                    **Forbes**                              Subscribe   Sign In   🔍

ADVERTISEMENT




FORBES > INNOVATION > CONSUMER TECH

### RØDE – An Australian Company Born Of Immigration And Innovation Now Powering Today's Creatives

**Mark Sparrow** Senior Contributor ⬭
*Technology journalist specializing in audio, computing and photography*

[Follow]

🔖                                                    Nov 7, 2021, 8:00am EST

⊘ This article is more than 2 years old.



ADVERTISEMENT

### Innovation Now Powering Today's Creatives

**Mark Sparrow** Senior Contributor ⬭
*Technology journalist specializing in audio, computing and photography*

[Follow]

🔖                                                    Nov 7, 2021, 8:00am EST

⊘ This article is more than 2 years old.



ADVERTISEMENT



The RØDECaster Pro is the world's first fully integrated podcast production console that is packed ... [+] RØDE

Every now and again, I like to write a profile about a company or a brand in the audio industry that's caught my eye because of its innovation and quality of products. Recently, my gaze alighted on the microphone manufacturer RØDE, a name that's now synonymous with microphones and other audio kit used by filmmakers and podcasters.

RØDE has come to the fore since podcasting and vlogging became popular but the company's roots go back a long way. If the name is familiar, but you can't quite place it, you've probably seen the RØDE logo emblazoned on foam microphone windshields that seem to be attached to just about every video camera at any press conference anywhere in the world.



The history behind this fascinating company encompasses a tale of immigration, near bankruptcy and a spectacular turnaround that took a run-of-the-mill electronics company and turned it into a brand with the kind of recognition as Shure, AKG or Sennheiser enjoys. What makes RØDE even more unusual is that it's based in Australia where the company still designs and manufactures all its products before exporting around the world.



PROMOTED


Google Workspace
Turn data into insights faster with Gemini in Sheets.





The roots of RØDE can be traced back to the early 1960s when a British-born electronics engineer called Henry Freedman emigrated to Sweden, where he married his wife Astrid and started a family while working as chief engineer for a Swedish telecommunications company. In the evenings and at weekends, Henry supplemented his income by servicing and modifying products for the Swedish distributor of German pro-audio manufacturer Dynacord.

Henry must have impressed the people at Dynacord because, within a year, he was offered the rights to distribute the company's products on the other side of the world. Henry and Astrid – along with their son Peter – emigrated to Australia to set up Freedman Electronics in the suburb of Ashfield, Sydney. It was one of the first companies in the city that designed, manufactured, installed and serviced audio products, including loudspeakers, amplifiers and microphones.

MORE FOR YOU

Apple Developing Ring To Beat Samsung Galaxy Ring, Report Claims

WWE Raw Results, Winners And Grades On February 26, 2024

Here's What Would Be Impacted By A Partial Government Shutdown



One of the first Freedman Electronics shops was set up in Gurner Hill, Sydney, Australia. Since ... [+] RØDE

Forbes Daily: Join over 1 million Forbes Daily subscribers and get our best stories, exclusive reporting and essential analysis of the day's news in your inbox every weekday.

Email address    Sign Up

By signing up you accept and agree to our Terms of Service (including the class action waiver and arbitration provisions), and Privacy Statement. Forbes is protected by reCAPTCHA, and the Google Privacy Policy and Terms of Service apply.



Over the years that followed, the company built up a solidly successful business by providing a full service across the spectrum of audio products and the family settled into Australian life as the company flourished.



Korean Unicorn Startup APR Jumps In IPO Debut, Market Cap Hits $1.8 Billion

Sadly, Henry died in 1987 and his son Peter inherited the family business. By his own admission, Peter wasn't a natural-born businessman, and he readily admits his lack of experience, coupled with a savage downturn in the Australian economy in the late 1980s, almost brought Freedman Electronics to the brink of bankruptcy, coming close to wiping out everything that Henry Freedman had worked so hard for.

It was in that dark moment that Peter remembered seeing a condenser microphone on a visit to a trade show in China a decade before with his father. He looked around to gauge interest in the product before taking the plunge and importing 20 of the microphones. The team at Freedman Electronics set to work modifying and improving the microphones to improve the performance and ready them for sale. In Peter's words: "Sales went off like a rat up a drainpipe" and, as a result, the microphone became known as RØDENT-1. Before long the name was modified to RØDE NT-1 and as a nod to the family's Scandinavian heritage, the







The rest, as they say, is history. RØDE went from strength to strength thanks to some clever and insightful decisions about the types of products to develop. It turned out that Peter was a natural-born businessman after all. RØDE soon carved out a reputation for making high-quality audio products at an affordable price point and a knack for innovation and that would later set them apart in the market. There was something different about RØDE in much the same way that Australia itself is set apart from the rest of the world when it comes to geography and wildlife. RØDE is unusual in the audio world for being a family company and one of the most recognizable audio brands ever to come out of Australia.



The RØDE NT-1 microphone was first known as RØDENT-1. It went on to be a massive seller and put RØDE ... [+] read

Following the success of the original NT-1, the company went on to develop the NT-2, another large diaphragm condenser microphone with an expanded feature set. That was back in 1992 and it was at this point that Peter Freedman decided he should invest in production facilities in Australia rather than outsourcing production to Asia or buying in products to modify.

The decision to base manufacturing in Australia meant that RØDE was able to adopt a vertical integrated manufacturing model that would speed up production and shorten the pipeline between design and the market. Throughout the rest of the 1990s, the company improved and expanded its microphone line-up, including a new version of the original NT-1, which today remains one of the most popular studio microphones on the market.

In 2004, RØDE launched to the step of producing its first on-camera microphone for video shooting. The Videomic addressed the latent demand in the burgeoning prosumer video market for a directional microphone that would capture much higher quality sound than the microphones built into video cameras. Once again, it was a case of being the right product at the right time.

Throughout the 2000s and 2010s, RØDE continued to add to the VideoMic range with a variety of models to meet the needs of every kind of videographer under the sun, including stereo versions and compact models for smartphones. The audio-visual market remains one of RØDE's best-performing sectors and few self-respecting videographers would dream of shooting anywhere without one of the company's shotgun mics on their camera.

RØDE then went on to develop its Wireless GO compact wireless microphone system in 2019 and the product was hailed as a gamechanger in the industry. Due to its small size and microphone that was built into the transmitter pack, this tiny wireless mic setup enabled filmmakers to go completely wireless with their audio. There affordability and ease of use brought wireless microphone technology within reach of almost any creative and freed filmmakers from the restrictions of wired microphones.



The original RØDE VideoMic on a Canon 5D DSLR — the world's first compact on-camera shotgun ... [+] read

In the late 2000s, the company was ticking along nicely and along came the podcasting explosion. Podcasting had been around for years, but the format really took off as mainstream broadcasters entered the market. With the cost of equipment plummeting, almost anyone could make



How can a podcast would be pleased with!

To capitalize on this change, RØDE launched the Podcaster, a high-quality USB microphone designed for people starting up a podcast who wanted broadcast quality audio from a microphone. The Podcaster was soon followed by the NT-USB, a condenser microphone that offered superb studio quality sound with zero latency monitoring, all without the need for a traditional mixing desk or audio interface.

By putting the audio interface inside microphone, all users needed to do was to plug in the NT-USB into a computer and they could monitor the signal coming from the computer as well as their own voice – or even a musical instrument – simply by plugging a pair of headphones into the microphone. It was an elegant and simple solution that quickly took off and now the NT-USB is one of the outstanding USB microphones on the market.

Since the launch of the NT-USB, RØDE has gone on to develop more microphones for podcasting, including the ingenious and cute NT-USB Mini, a clever little microphone that can plug into a computer along with up to three extra USB Minis to create a mini studio. The NT-USB Mini can be controlled using a clever piece of software called RØDE Connect that the company developed to bring virtual mixing and podcast production to Macs and PCs. You can read my review of the NT-USB Mini and the RØDE Connect software here.



The RØDE NT-USB Mini with RØDE Connect podcasting and streaming software – an affordable and ...[+] MARK

In 2018, RØDE extended its reach into the world of podcasting with the launch in a big way with the launch of the RØDECaster Pro. This innovative mixing desk has been designed specifically for podcasters. It has clever features like separate track recording, automatic mix minus and it's a stunning piece of kit that can enable almost anyone to produce professional-sounding podcasts with multiple guests and remote contributors, whether that be via Skype, Zoom or any other audio platform.

To keep up with the pace of product development, RØDE has invested heavily in precision manufacturing technology like plastic injection molding for making the parts used in products like the Wireless GO II. Surface mount technology is employed to make the circuit boards for flagship products like the impressive RODECaster Pro. Metal machining, capsule production, plus many other processes are also produced in house. Finally, RØDE has also made a substantial investment in robotic automation that should ensure the production stays in Australia for many years to come.

It seems obvious to me that RØDE is now entering the third stage of its development with an eye on the future and a focus on software integrated with its products to make audio production easier and more convenient. The company now employs 500 people and manufactures its products exclusively in Australia. The decision to manufacture in Australia has proved a success and means both the R&D and production process are agile and nimble, enabling RØDE to stay ahead of the curve and innovate far faster than some other companies in the sector. Australian production has also reduced the company's reliance on overseas suppliers, a decision that turned out to be an astute move over the past year and a half.

The shift towards products that can be enhanced with software and be updated with new firmware puts RØDE firmly at the head of the pack with companies like Shure. RODE certainly feels like a unique brand. In some ways, I think its relative geographic isolation in Australia has enabled the company to develop products that are unique. It certainly has a bright future and I like to think that RØDE's special heritage will see it continue to innovate and anticipate just what the market wants, while keeping the design and production of its products in the Antipodes.

www.rode.com

*Follow me on LinkedIn.*

**Mark Sparrow**

I write about consumer audio, computer accessories, Apple Macs, macOS and digital photography at Forbes. I love technology that makes life more... **Read More**

Editorial Standards    Print    Reprints & Permissions





Ad Choices
intuit turbotax Free Edition
100% FREE Taxes. 100% accurate.
~37% of taxpayers qualify. 1040 & limited credits only.
Download the app now.


ADVERTISEMENT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
ZAXCOM, INC.,                           :
                                        :
              Plaintiff,                :
                                        :        C.A. No. 23-1245-JFM
       v.                               :
                                        :
                                        :        JURY TRIAL REQUESTED
RODE MICROPHONES, LLC. and              :
FREEDMAN ELECTRONICS PTY LTD.,          :
                                        :
              Defendants.               :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**PLAINTIFF'S MOTION FOR DEFAULT**

<u>**ARTICLE ON FREEDMAN BOARD OF DIRECTORS**</u>

# Exhibit-B6




3 Inch 2-Way    TW3-2403S

Home | All News | audioXpress | Voice Coil | Loudspeaker Industry Sourcebook | Shop | Subscriptions | Advertising

SAN FRANCISCO MAY 8–9
We cannot predict the future, but we can shape its sound

The Audio Voice
Newsletter
Sign up

**Categories**

| Appointments | Magazine News |
| Blogs | Product News |
| Electronics Corner | Project Articles |
| Industry News | Sponsored |
| Interviews | Theory Articles |
| Magazine Articles | Voice Coil Test Bench |

**FOLLOW US**

« BACK                                                    SHARE

microphones  appointments  Røde Microphones
Australia  Røde Microphones
Show more (6)

by **audioXpress Staff**
on **Appointments**
News

# Freedman Electronics Appoints Joe Hockey to Board of Directors

🕐 March 11 2021, 04:10

Freedman Electronics has today announced the appointment of former Australian politician, Federal Treasurer of Australia, and Australian Ambassador to the United States, the "Honourable" Joe Hockey to its Board of Directors. Hockey joins Røde Founder and Chairman Peter Freedman on the newly established Board. Røde Microphones designs and manufactures microphones and related accessories primarily in Sydney, Australia and exports to 118 countries globally. Røde is part of The Freedman Group, with APHEX, Event and SoundField.


(L-R): Røde Founder and Chairman Peter Freedman AM, the Hon. Joe Hockey, and Røde CEO Damien Wilson.

Freedman Electronics has enjoyed a close association with Joe Hockey since he visited the Røde campus in Sydney in 2014; he wrote the foreword for Freedman Electronics' 50th-anniversary book in 2017 and was the guest of Peter Freedman on his first visit to the proposed site of the Momentary – a contemporary arts space in Bentonville, Arkansas of which Røde is a founding funder – during his tenure as Australian Ambassador to the United States.

"I am very pleased to appoint Mr Hockey to the Freedman Electronics Board of Directors," says Peter Freedman. "He has been a trusted advisor on many occasions since we first met in 2014 and has played a significant role in several key milestones for the company, including our partnership with the Walton Family, founding owners of Walmart and the Momentary."

"The past 24 months have been a period of momentous growth for the company and this appointment is a significant step in the next phase of our expansion as we look to increase our global presence, develop our operations here in Australia, and continue making innovative, world-leading audio products. Mr Hockey is a tremendous leader and global business facilitator, and his presence on the Board will help guide Røde on its path for future success," Peter Freedman continues.

Commenting on his appointment, Mr Hockey remarked, "Røde is a true Australian success story – a story of innovation, investment and resourcefulness that proves that Australia can be the best in the world in any field. I have witnessed first-hand the strength and capabilities of the team Peter has assembled and look forward to playing an active part in the continued expansion and success of this iconic global brand."

The new Board structure for Freedman Electronics (the parent company of Røde Microphones) comes amid continued success and expansion for the company, including the opening of a new R&D facility in Europe and further expansion of its operations in China and the USA.

Røde has also significantly expanded its operations in Sydney with the addition of a new 15,000 square-meter production and logistics hub, as well as new high-tech manufacturing facilities, which will be commissioned in 2021. Joe Hockey is the first member to join the Freedman Electronics Board of Directors, with Peter Freedman anticipating more appointments to be made in 2021.

**www.rode.com**

ADVERTISEMENT


ADVERTISEMENT


ADVERTISEMENT


ADVERTISEMENT


ADVERTISEMENT


ADVERTISEMENT


ADVERTISEMENT


ADVERTISEMENT







« BACK                                                                  SHARE

**RELATED ITEMS**



Røde Acquires Mackie in $120 Million US Deal

READ MORE...



Rycote Lyre Inventor Chris Woolf Joins Røde Microphones to Work on

READ MORE...



Damien Wilson Becomes Chief Executive Officer of RØDE Microphones & The

READ MORE...



Røde Releases NT1 Signature Series Large-Diaphragm Cardioid

READ MORE...

ADVERTISEMENT          ADVERTISEMENT



**Industry Events**

**Current Issue**



audioXpress March 2024
• Inside This Issue
• Supplementary Material
• Digital Login

Voice Coil March 2024
• Inside This Issue
• Digital Login

**Trending**



January 31, 2024
**R&D Stories: TPCD Technology in Headphones - Engineering**
SHARE / READ MORE...



February 22, 2024
**Orange Amplification Introduces New Orange Valve Tester MKII**
SHARE / READ MORE...



February 7, 2024
**Audio Electronics: Is Digital Jitter Really a Problem?**
SHARE / READ MORE...



February 16, 2024
**Bose Redefines Air Conduction with Ultra Open Earbuds**
SHARE / READ MORE...



February 21, 2024
**Sennheiser Invests in Norwegian Optical MEMS Microphone Pioneer**
SHARE / READ MORE...

Disclaimer | Terms and Conditions | Terms of Use
This website and its contents are copyright 2024 KCK Media Corp. All rights reserved.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
ZAXCOM, INC.,                           :
                                        :
              Plaintiff,                :
                                        :         C.A. No. 23-1245-JFM
              v.                        :
                                        :
                                        :         **JURY TRIAL REQUESTED**
RODE MICROPHONES, LLC. and              :
FREEDMAN ELECTRONICS PTY LTD.,          :
                                        :
              Defendants.               :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF'S MOTION FOR DEFAULT**

**FREEDMAN WEBSITE SEARCH**

# Exhibit-B7



**dun & bradstreet**

Business Directory    Contact Directory    Support    Login ⌄    🌐

| Small Business | Finance | Sales & Marketing | Third Party Risk & Compliance | Public Sector | D-U-N-S Number | Our Company |



🏢 **D&B Business Directory**

HOME / BUSINESS DIRECTORY / MANUFACTURING / COMPUTER AND ELECTRONIC PRODUCT MANUFACTURING
/ AUDIO AND VIDEO EQUIPMENT MANUFACTURING / AUSTRALIA / NEW SOUTH WALES / SILVERWATER / FREEDMAN ELECTRONICS PTY LTD

## FREEDMAN ELECTRONICS PTY LTD

[ Get a D&B Hoovers Free Trial ]

Website ☑

‹    Overview    Added By    Contacts    Financial Statements    Competitors    Corporate Family    S    ›

---

## Overview

**Doing Business As:** RODE MICROPHONES

**Company Description:** 🔒

**Key Principal:** PETER DAVID ERNST FREEDMAN

See more contacts ⟩

**Industry:** Audio and Video Equipment Manufacturing ,
Communications Equipment Manufacturing ,
Household Appliances and Electrical and Electronic
Goods Merchant Wholesalers , Professional and
Commercial Equipment and Supplies Merchant
Wholesalers , Household audio and video equipment

See All Industries ⌄

See other industries within the  Manufacturing sector:
Aerospace Product and Parts Manufacturing ,
Agriculture, Construction, and Mining Machinery
Manufacturing , Alumina and Aluminum Production and
Processing , Animal Food Manufacturing , Animal
Slaughtering and Processing , Apparel Accessories and
Other Apparel Manufacturing , Apparel Knitting Mills ,
Architectural and Structural Metals Manufacturing

View more ⌄

**Popular Search:**

🔈 Audio and Video Equipment Manufacturing

📡 Communications Equipment Manufacturing

📺 Household Appliances and Electrical and Electronic Goods
Merchant Wholesalers

🛒 Professional and Commercial Equipment and Supplies Merchant
Wholesalers

🖨 Printer Friendly View

**Address:** 107 Carnarvon St
Silverwater, NEW SOUTH WALES,
2128 Australia ☑
See other locations ⟩

📞 **Phone:** 🔒

🌐 **Website:** www.rode.com/en ☑

👥 **Employees (all sites):** 🔒
ⓘ Estimated

💲 **Revenue:** 🔒  ⓘ Actual

| **Fiscal Year End:** 🔒

📅 **Year Started:** 🔒

| **Incorporated:** 🔒

🌿 **ESG ranking:** 🔒  ⓘ
**ESG industry average:** 🔒  ⓘ

What is D&B's ESG Ranking?

Is this your business? Contact us ☑ to
understand how D&B calculated your
company's specific ESG Ranking, provide
new or updated information to ensure
your company's ESG Ranking remains
accurate and up to date, or dispute your
current ranking.

Unlock full sales materials and reports

---



Protect your business

NEXT makes business insurance easy. Get a free quote.

NEXT  SAVE UP TO 25%



🛡 LegalShield

Legal Help from
Experienced
Trusted Lawyers

3 plans to choose from
$49/$99/$169 month

[ Get Help ]



Fund that *big idea* with Lendio.

[ Get started ]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :

ZAXCOM, INC.,                       :
                                 :

               Plaintiff,      :

                                 :     C.A. No. 23-1245-JFM

               v.               :

                                 :     **JURY TRIAL REQUESTED**

RODE MICROPHONES, LLC. and  :
FREEDMAN ELECTRONICS PTY LTD., :
                                 :

             Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF'S MOTION FOR DEFAULT**

**APRIL 1, 2021, CORRESPONDENCE FROM ALEX SHTRAYM**

# Exhibit-B8

BEEM | *patent law*

Alex Shtraym
AShtraym@BeemLaw.com

Beem Patent Law Firm
53 West Jackson Blvd, Suite 1352
Chicago, IL 60604 USA
*p* 312.201.0011  *f* 312.201.0022
BeemLaw.com

April 1, 2021

**<u>VIA EMAIL ONLY</u>**
Rita C. Chipperson
Chipperson Law Group, P.C.
163 Madison Avenue, Suite 220-40
Morristown, New Jersey 07960
rcc@chippersonlaw.com

Re:     Wireless Go II; Beem File No. 0648-0002

Dear Ms. Chipperson,

We represent Freedman Electronics Pty, Ltd. and RØDE Microphone, LLC in patent matters. Please address any further correspondence regarding this matter to the undersigned.

Our clients respect the intellectual property rights of others. We have carefully reviewed the allegations presented in your March 26, 2021 correspondence and respond below.

In the same vein, we expect you and Zaxcom to avoid overreaching with intellectual property that does not apply to the Wireless Go II or otherwise making groundless threats or allegations.

As background, Freedman Electronics is the parent company to RØDE, which assumes custody of the Wireless Go II in Australia and sells the product in the U.S. As such, Zaxcom should not be asserting any of its U.S. patents against Freedman, and it certainly should not be casting any aspersions against Freedman.

As for RØDE, it has come to our attention that Zaxcom and its principal have been portraying our client in a negative light and falsely suggesting that Zaxcom's patents apply to the Wireless Go II. Such negative communications may expose Zaxcom to causes of action for libel, slander, tortious interference, unfair competition, and other causes of action.

In your letter, you suggest that the Wireless Go II infringes "at least one or more claims of the Zaxcom Patent Portfolio." However, your letter asserts and your claim chart provides only an analysis of original claim 1 and substitute claim 1 of U.S. Patent No. 9,336,307, thus, you have presented only claim 1 of the '307 patent, which we now address.

BEEM | *patent law*                                                  Ms. Chipperson
                                                                     April 1, 2021
                                                                     Page 2 of 3

As you know, the Patent Trial and Appeal Board (PTAB) has found the original claims of
the '307 patent invalid. The only claims found patentable by the PTAB are the substitute
claims of the '307 patent, and even those are still in legal jeopardy. Hence, any argument
relating to original claim 1 of the '307 patent is purely hypothetical and does not apply
until such time as the Federal Circuit might restore the original claim. Accordingly, we will
not further address original claim 1.

We have reviewed the '307 patent, the file history, and extant claim 1. Based on that
review, we have concluded that the Wireless Go II does not infringe substitute claim 1 of
the '307 patent.

As you know, substitute claim 1 of the '307 patent requires, among other things, "a
wireless transmitter transmitting said locally generated audio to a remote recorder" and the
remote recorder has specific functionality. That functionality includes "receiving and
remotely recording said locally generated audio as remotely recorded audio data, receiving
said local audio data, and replacing said remotely recorded audio data with said local audio
data." Support for this claim element is found in the specification of the '307 patent: "local
audio devices also wirelessly transmit the received audio to a master recorder (e.g., a multi-
track recorder that combines all received audio into one or more audio files)," 4:14-17, and
the system is configured "to automatically correct for any audio data lost during an original
recording due to wireless transmission problems such as dropout, interference, etc." 12:14-
17.

In your claim chart, you mention a personal computer or cell phone as if that element is in
the substitute claims. This assertion is wrong for at least four reasons. First, the substitute
claim is not directed to such a device. Second, the Wireless Go II system does not include a
personal computer, cell phone or any other remote recorder. Third, the Wireless Go II does
not remotely record audio data wirelessly transmitted from a transmitter. Fourth, even if
audio data was recorded remotely, the Wireless Go II does not replace remotely recorded
audio data with audio stored on the transmitter. Instead, as with conventional microphone
systems, a user of the Wireless Go II can transfer, via a physical cable, audio stored on the
transmitter to a third party device. This aspect is known in the prior art and is not within
the scope of any valid reading of substitute claim 1 of the '307 patent.

As you know, if any element of a claim is missing from an accused device, there is no
infringement. We have thus sufficiently demonstrated that the Wireless Go II does not
infringe substitute claim 1 of the '307 patent.

The above is not an exhaustive statement of all the relevant facts and law, and our clients
expressly reserve the right to pursue all available legal remedies, including declaratory
judgment.

BEEM | *patent law*

Ms. Chipperson
April 1, 2021
Page 3 of 3

Accordingly, we request that Zaxcom:

1. Take corrective steps to retract any false or misleading statements made by or on behalf of Zaxcom to the public or to RØDE's distributors or customers;

2. Cease and desist from making any further false, deceptive, and unfair statements or communications, including internet posts, concerning RØDE, its products, or its Australian parent company; and

3. Acknowledge to us and to any other interested party that RØDE is not infringing any claims of Zaxcom's patents.

Please acknowledge and comply with our requests no later than **April 16, 2021**.

Sincerely,

Alex Shtraym

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
ZAXCOM, INC.,                                               :
                                                            :
                        Plaintiff,                          :
                                                            :        C.A. No. 23-1245-JFM
                v.                                          :
                                                            :
                                                            :        **JURY TRIAL REQUESTED**
RODE MICROPHONES, LLC. and                                  :
FREEDMAN ELECTRONICS PTY LTD.,                              :
                                                            :
                        Defendants.                         :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF'S MOTION FOR DEFAULT**

**MARCH 3, 3024, CORRESPONDENCE WITH CLAUDETTE GAZI**

# Exhibit-B9

**Janice Kwon**

| | |
|---|---|
| **From:** | Claudette Gazi <cgazi@edenkinglawyers.com.au> |
| **Sent:** | Sunday, March 3, 2024 12:37 AM |
| **To:** | Janice Kwon; Morgan Golightly; Rita C. Chipperson |
| **Cc:** | Claudette Gazi |
| **Subject:** | Chipperson Law Group  - Service |
| **Attachments:** | 24-001604 - ASIC On-File Report Current - FREEDMAN ELECTRONICS PTY LTD ABN 91 000 576 483.pdf; Letter to Freedman Electronics Pty Ltd - 29 February 2024.pdf |

Dear Colleagues

Thank you for your instructions.

We enclose an ASIC extract obtained in relation to Freedman Electronics Pty Ltd. The ASIC extract indicates the Registered Office  is C/- PricewaterhouseCoopers - GROUP 2 ONE INTERNATIONAL TOWERS, WATERMANS QUAY BARANGAROO NSW 2000 and the Principal Place of Business is 107 CARNARVON STREET SILVERWATER NSW 2128.

To ensure service occurs in compliance with the legislation, we have issued the documents to Freedman Electronics at the requested address in Silverwater as well as the registered office C-/ PricewaterhouseCoopers.

By serving the registered office, service will have occurred in accordance with the Corporations Act 2001 (Cth), making service compliant by Australian laws.

As is required by the aforementioned legislation, service must occur via registered post.

We confirm we sent the documents you provided via registered post and the enclosed cover letter to the two Australian addresses on Thursday 29 February 2024.

We anticipate the documents will be delivered within the coming days and will thereafter provide an affidavit of service.

If you have any questions, do not hesitate to contact me.

Yours faithfully,

**Claudette Gazi**
Lawyer Director



P: 02 9135 6000 | F: 02 9135 6010
W: www.edenkinglawyers.com.au
M: PO Box 3383, Rhodes NSW 2138
O: Suite 10B, Level 10, Rhodes Waterside Shopping Centre, 1 Rider Bld, Rhodes, NSW 2138

Liability limited by a scheme approved under Professional Standards Legislation.



Suite 10B, Level 10,
Rhodes Waterside Shopping Centre
ACN 625 886 080

Your Ref:
Our Ref: 24-001604
By Registered Post

29 February 2024

Freedman Electronics Pty Ltd ACN 000 576 483
Mr Peter David Ernst Freedman
Mr Joseph Benedict Hockley
Mr Damien David Wilson
C/- Pricewater House Coopers
Group 2 One International Towers Watermans Quay
Barangaroo NSW 2000
&
107 Carnarvon Street,
Silverwater NSW 2128

Dear Sir/ Madam,

**Chipperson Law Group - Process Service**

We have been instructed by Chipperson Law Group to service you with the following documents:

1. Complaint in relation to proceeding Zaxcom Inc v Rode Microphones & Freedman Electronics Pty Ltd;
2. Exhibit A to W;
3. Civil Cover Sheet;
4. Notice Consent and Reference of a Civil Action;
5. USPTO Action Notice;
6. Disclosure Statement; and
7. Summons Issued.

If you have any questions, please contact Ms Janice Kwon of Chipperson Law Group on jk@chippersonlaw.com

Yours faithfully,

*C. Gazi*

**Claudette Gazi**
**Eden King Lawyers Pty Ltd**

**InfoTrack**

## ASIC EXTRACT SNAPSHOT

| | |
|---|---|
| Date Extracted | 28/02/2024 |
| ACN | 000 576 483 |
| ABN | 91 000 576 483 |
| Current Name | FREEDMAN ELECTRONICS PTY LTD |
| Registered In | New South Wales |
| Registration Date | 31/05/1967 |
| Review Date | 31/05/2024 |
| Company Type | ACN (Australian Company Number) |
| Current Directors | 3 |
| Current Secretaries | 1 |

## CURRENT ORGANISATION DETAILS

| | |
|---|---|
| Start Date | 20/10/1993 |
| Name | FREEDMAN ELECTRONICS PTY LTD |
| Name Start Date | - |
| Status | Registered |
| Type | Australian Proprietary Company |
| Class | Limited By Shares |
| Sub Class | Proprietary Company |
| Disclosing Entity | No |

## Share Structure (Displaying Top 4 Only)

Go to Full ASIC Results

| Class | Class Type | Shares Issued | Amount Paid |
|---|---|---|---|
| ORD | ORDINARY SHARES | 7002 | $7,002.00 |

## (creditor)watch  - Credit Score (639)

Go to Full Credit Report



639

0     Higher Risk                            Average Australian Proprietary Company                        850     Lower Risk

**Risk Data Summary**

| Court Judgments | Payment Defaults | Insolvency Notices | Mercantile Enquiries | Credit Enquiries |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 121 |

## REVEAL - Company Visualisation

Go to full workspace



**InfoTrack**
infotrack.com.au
1800 738 524

**ASIC**
**Current Organisation Extract**



**ASIC Data Extracted 28/02/2024 at 15:37**

This extract contains information derived from the AustralianSecurities and Investment Commission's (ASIC) database undersection 1274A of the Corporations Act 2001.Please advise ASIC of any error or omission which you may identify.

No changes to the company information have been detected since last extracted.

## - 000 576 483   FREEDMAN ELECTRONICS PTY LTD -

| | | |
|---|---|---|
| **ACN (Australian Company Number):** | 000 576 483 | **Document No.** |
| **ABN:** | 91 000 576 483 | |
| **Current Name:** | FREEDMAN ELECTRONICS PTY LTD | |
| **Registered in:** | New South Wales | |
| **Registration Date:** | 31/05/1967 | |
| **Previous State Number:** | 09762028 | |
| **Review Date:** | 31/05/2024 | |
| **Company Bounded By:** | | |

## - Current Organisation Details -

| | | |
|---|---|---|
| **Name:** | FREEDMAN ELECTRONICS PTY LTD | 004589088 |
| **Name Start Date:** | // | |
| **Status:** | Registered | |
| **Type:** | Australian Proprietary Company | |
| **Class:** | Limited By Shares | |
| **Sub Class:** | Proprietary Company | |

## - Company Addresses -

| | | |
|---|---|---|
| **- Registered Office** | | 5EEK14707 |
| **Address:** | C/- PRICEWATERHOUSECOOPERS - GROUP 2 ONE INTERNATIONAL TOWERS WATERMANS QUAY BARANGAROO NSW 2000 | |
| **Start Date:** | 21/09/2021 | |
| **- Principal Place of Business** | | 0E2231295 |
| **Address:** | 5 AVERILL STREET RHODES NSW 2138 | (AR 1998) |
| **Start Date:** | 31/08/1998 | |
| **Cease Date:** | 21/10/2003 | |
| **- Principal Place of Business** | | 0E9366096 |
| **Address:** | 107 CARNARVON STREET SILVERWATER NSW 2128 | |
| **Start Date:** | 22/10/2003 | |

**- Company Officers -**

**Note:**
A date or address shown as UNKNOWN has not been updated since ASIC took over the records in 1991. For details, order the appropriate historical state or territory documents, available in microfiche or paper format.
* Check documents listed under ASIC Documents Received for recent changes.

## Director

| | | |
|---|---|---|
| **Name:** | PETER DAVID ERNST FREEDMAN | 6E0630567 |
| **Address:** | UNIT 1201 81 MACLEAY STREET POTTS POINT NSW 2011 | |
| **Birth Details:** | 25/10/1958 STOCKHOLM SWEDEN | |
| **Appointment Date:** | 27/08/1986 | |
| **Cease Date:** | // | |

| | | |
|---|---|---|
| **Name:** | JOSEPH BENEDICT HOCKEY | 7EAY88196 |
| **Address:** | 1717 PENNSYLVANIA AVE NW SUITE 1025 WASHINGTON DC 20006 UNITED STATES | |
| **Birth Details:** | 02/08/1965 NORTH SYDNEY NSW | |
| **Appointment Date:** | 01/07/2020 | |
| **Cease Date:** | // | |

| | | |
|---|---|---|
| **Name:** | DAMIEN DAVID WILSON | 7EBI69553 |
| **Address:** | UNIT 1 60 YOUNG STREET ANNANDALE NSW 2038 | |
| **Birth Details:** | 08/06/1973 SYDNEY NSW | |
| **Appointment Date:** | 23/06/2021 | |
| **Cease Date:** | // | |

## Secretary

| | | |
|---|---|---|
| **Name:** | STUART CHARLES KIPREOTIS | 7EBY06390 |
| **Address:** | 20 BOULTON STREET PUTNEY NSW 2112 | |
| **Birth Details:** | 23/09/1969 SYDNEY NSW | |
| **Appointment Date:** | 26/10/2022 | |
| **Cease Date:** | // | |

## Appointed Auditor

| | | |
|---|---|---|
| **Name:** | 083 029 047 PRICEWATERHOUSECOOPERS | 7ECN04007 |
| **Address:** | ONE INTERNATIONAL TOWERS WATERMANS QUAY BARANGAROO NSW 2000 | (FR 2023) |
| **Appointment Date:** | 01/02/2022 | |
| **Cease Date:** | // | |

**- Share Structure -**

## Current

| | | |
|---|---|---|
| **Class:** | ORDINARY SHARES | 0E1056975 |
| **Number of Shares Issued:** | 7002 | (AR 1996) |
| **Total Amount Paid / Taken to be Paid:** | $7,002.00 | |
| **Total Amount Due and Payable:** | $0.00 | |

**Note:**
For each class of shares issued by a company, ASIC records the details of the twenty members of the class (based on shareholdings). The details of any other members holding the same number of shares as the twentieth ranked member will also be recorded by ASIC on the database. Where available, historical records show that a member has ceased to be ranked amongst the twenty members. This may, but does not necessarily mean, that they have ceased to be a member of the company.

## - Share/Interest Holding -

## Current

### - Holding -

| | | | | |
|---|---|---|---|---|
| **Class:** | ORD | **Number Held:** | 1500 | 6E0630567 |
| **Beneficially Owned:** | Yes | **Fully Paid:** | Yes | |

### - Members -

| | |
|---|---|
| **Name:** | PETER DAVID ERNST FREEDMAN |
| **Address:** | UNIT 1201 81 MACLEAY STREET POTTS POINT NSW 2011 |
| **Joint Holding:** | No |

### - Holding -

| | | | | |
|---|---|---|---|---|
| **Class:** | ORD | **Number Held:** | 5502 | 5EEK14707 |
| **Beneficially Owned:** | No | **Fully Paid:** | Yes | |

### - Members -

| | |
|---|---|
| **Name:** | FREEDMAN ELECTRONICS HOLDINGS PTY LTD |
| **ACN:** | 001 100 063 |
| **Address:** | C/- PRICEWATERHOUSECOOPERS - GROUP 2 ONE INTERNATIONAL TOWERS WATERMANS QUAY BARANGAROO NSW 2000 |
| **Joint Holding:** | No |
| **Abn:** | 13 001 100 063 |

## - External Administration Documents -

**There are no external administration documents held for this organisation.**

## - Charges -