IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAXCOM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 23-1245-JFM |
| ) | |
| RODE MICROPHONES, LLC AND ) | |
| FREEDMAN ELECTRONICS PTY LTD., ) | |
| ) | |
| Defendants. ) | |

**<u>STIPULATION TO EXTEND</u>**

Defendant RODE Microphones, LLC ("RODE") and Plaintiff Zaxcom, Inc.'s ("Zaxcom") stipulate and agree, subject to the approval of the Court, that the time for RODE to submit answering briefs in opposition to Zaxcom Motion for Default Judgment (D.I. 27) and Motion for Alternative Services (D.I. 29) is extended from March 22, 2024, to and including April 5, 2024. Pursuant to the Court's General Guidance at ¶ 3 and in support of this proposed extension, RODE requires additional time to prepare as RODE's counsel has an appeal brief due in the Federal Circuit in an unrelated case on March 20, 2024.

| | |
|---|---|
| */s/ Sean T. O'Kelly* | */s/ Emily S. DiBenedetto* |
| Sean T. O'Kelly (No. 4349) | Nathan R. Hoeschen (No. 6232) |
| O'KELLY & O'ROURKE, LLC | Emily S. DiBenedetto (No. 6779) |
| 824 N. Market Street | SHAW KELLER LLP |
| Suite 1001a | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 778-4000 | Wilmington, DE 19801 |
| sokelly@okorlaw.com | (302) 298-0700 |
| *Attorneys for Plaintiff Zaxcom, Inc.* | nhoeschen@shawkeller.com |
| | edibenedetto@shawkeller.com |
| | *Attorneys for Defendant RODE Microphones, LLC* |

Dated: March 18, 2024

IT IS SO ORDERED, this ___ day of _____, 2024.

                                                                   _____
                                                                   United States District Judge