## AFFIDAVIT OF SERVICE OF CLAUDETTE GAZI  5 MARCH 2024

**AFFIDAVIT**

| | |
|---|---|
| Name | Claudette Gazi |
| Address | Suite 10B, Level 10, 1 Rider Blvd, Rhodes NSW 2138 |
| Occupation | Lawyer |
| Date | 5 March 2024 |

I say on oath:

1. I am a Lawyer admitted to practice in the state of New South Wales, Australia. I am also authorised to appear in Federal Courts including the High Court of Australia.

2. I am the sole director of Eden King Lawyers and am authorised to verify this affidavit of service on its behalf.

3. I am over the age of 16 years.

4. On 1 March 2024, I served Freedman Electronics Pty Ltd ACN 000 576 483 with the following documents:

    a. Eden King Lawyers cover letter dated 29 February 2024;

    b. Complaint in relation to proceeding Zaxcom Inc v Rode Microphones & Freedman Electronics Pty Ltd;

    c. Exhibit A to W;

    d. Civil Cover Sheet;

    e. Notice Consent and Reference of a Civil Action;

    f. USPTO Action Notice;

    g. Disclosure Statement; and

    h. Summons Issued.

5. I annex hereby and mark CG-1 a true copy of the documents served on Freedman Electronics Pty Ltd ACN 000 576 483.

6. On 29 February 2024, I obtained an ASIC Extract of Freedman Electronics Pty Ltd ACN 000 576 483. I annex hereby and mark CG-2 a true copy of the ASIC Extract of Freedman Electronics Pty Ltd ACN 000 576 483.

28507

7. I served the documents by registered post to C./ Pricewater House Coopers Group 2 One International Towers Watermans Quay Barangaroo NSW 2000, the registered address of Freedman Electronics Pty Ltd ACN 000 576 483.

8. This was delivered to Freedman Electronics Pty Ltd ACN 000 576 483 on Monday 4 March 2024 at 10:42AM.

9. The tracking number is R280524021304542006120605. I annex and mark 'CG-3' a true copy of the tracking status.

10. I served the documents by registered post to 107 Camarvon Street, Silverwater NSW 2128, the company address of Freedman Electronics Pty Ltd ACN 000 576 483.

11. This was delivered to Freedman Electronics Pty Ltd ACN 000 576 483 on Monday 4 March 2024 at 12:08 PM.

12. The tracking number is R280524021304564006120607. I annex and mark 'CG-4' a true copy of the tracking status.

SWORN at: Rhodes
Signature of deponent:
Name of witness: Juliet Edward
Address of witness: Suite 10B, Level 10, 1 Rider Blvd, Rhodes NSW 2138
Capacity of witness: Justice of the Peace

And as a witness, I certify the following matters concerning the person who made this affidavit (the **deponent**)

1. I saw the face of the deponent.
2. I have known the deponent for at least 12 months.

Identification document relied on (may be original or certified copy)[1]

Signature of witness:

Note: The deponent and witness must sign each page of the affidavit. See UCPR 35.7B.

[1 "Identification documents" include current driver licence, proof of age card, Medicare card, credit card, Centrelink pension card, Veterans Affairs entitlement card, student identity card, citizenship certificate, birth certificate, passport or see Oaths Regulation 2011.]

2018043937