IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZAXCOM, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  23-1245 |
| | : | |
| RODE MICROPHONES, LLC, *et al.* | : | |

# ORDER

**AND NOW**, this 4th day of June 2024, upon considering defendants' motion for protective order (DI 55), it is **ORDERED** defendants' motion for protective order (DI 55) is **DENIED as moot** in light of the discussion on the record today.  No later than **June 7, 2024**, the parties shall meet and confer regarding a stipulated protective order.  On one hand, defendants' concerns motivating their request for a prosecution bar appear well founded.  On the other hand, there are many ways to address those concerns, and the parties may be able to reach agreement or at least narrow the dispute.  Further, it is unclear which parts of the defendants' proposed protective order are agreed and which are not.  No later than **June 14, 2024**, the parties shall file a proposed stipulated protective order.  If there are any disagreements, those shall be bracketed out indicating plaintiff's proposed language and defendants' proposed language where applicable.  The parties may also file a statement outlining their respective positions and justification for their proposals.  The parties should e-mail a word version of the proposed order to chambers.

**MURPHY, J.**