IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAXCOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 23-1245-JFM |
| | ) |
| RODE MICROPHONES, LLC AND | ) |
| FREEDMAN ELECTRONICS PTY LTD., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

**AND NOW**, 13th day of November 2024, upon considering plaintiff's motion to amend (DI 88), defendants' opposition (DI 96), defendants' motion to compel (DI 90), plaintiff's opposition (DI 95), and following our case management videoconference held today with counsel, it is **ORDERED**:

1. Plaintiff's motion to amend (DI 88) is **GRANTED** for the reasons explained on the record. Plaintiff shall promptly file the proposed amended complaint (DI 88-1) and defendants shall respond in ordinary course.

2. Defendants' motion to compel (DI 90) is **DENIED**. Narrowing the asserted claims shall proceed consistent with the direction given during the videoconference and in the below amended schedule.

3. To accommodate the addition of U.S. Patent No. 12,051,444 (issued July 30, 2024) to the case, and to address certain concerns regarding the number of asserted claims, we **amend** our June 4, 2024 order (DI 60) as follows:

1

Exhibit A: Chart of All Relevant Deadlines

| Event | Deadlines |
|---|---|
| ~~Joinder of Parties and Amendment of Pleadings~~ | ~~November 2, 2024~~ |
| ~~Fact Discovery Begins~~ | ~~January 30, 2024, for Rode and Zaxcom and May 10, 2024, for Freedman~~ |
| ~~Fact Discovery Cut-off~~ | ~~June 21, 2025~~ |
| ~~Identification of Accused Products and Asserted Patents~~ | ~~June 17, 2024 (Delaware Default Standard)~~ |
| ~~Production of Core Technical Documents~~ | ~~July 17, 2024 (Delaware Default Standard)~~ |
| ~~Production of Initial Claim Chart Relating to Each Accused Product~~ | ~~August 16, 2024 (Delaware Default Standard)~~ |
| ~~Production of Invalidity Contentions~~ | ~~September 16, 2024 (Delaware Default Standard)~~ |
| **Production of Invalidity Contentions for U.S. Patent No. 12,051,444** | December 6, 2024 |
| Exchange of Proposed Terms for Claim Construction | December 20, 2024 |
| Filing of Joint Claim Construction Chart; **having met and conferred, the parties shall also file joint or separate statements on any progress made on claim narrowing and positions on what, if anything, the court should do.** | January 17, 2025 |
| Substantial Completion of Document Production | January 24, 2025 |
| Zaxcom's Op'g Claim Construction Br. | March 7, 2025 |
| Defendants' Resp. Claim Construction Br. | April 4, 2025 |
| Zaxcom's Reply Claim Construction Br. | April 25, 2025 |

| Event | Deadlines |
|---|---|
| Defendants' Sur-Reply Claim Construction Br. | May 16, 2025 |
| Joint Claim Construction Brief | May 30, 2025 |
| Markman Hearing | July 9, 2025, 10:00a.m, Courtroom 3B 601 Market Street, Philadelphia |
| Close of Fact Discovery | August 15, 2025 |
| **Plaintiff shall identify narrowed set of claims for the case going forward; the appropriate number of claims will be discussed at the Markman** | 14 days after the Court issues its Claim Construction Order. |
| Disclosure of Reliance on Opinion of Counsel and Associated Document Production | 60 days after the Court issues its Claim Construction Order. |
| Opening Expert Reports (by the Party with the Burden of Proof) | November 7, 2025 |
| Responsive Expert Reports | December 5, 2025 |
| Reply Expert Reports | December 19, 2025 |
| Close of Expert Discovery | January 23, 2026 |
| SJ/Daubert Motions (with opening briefs) | March 6, 2026 |
| SJ/Daubert Opposition Briefs | March 27, 2026 |
| SJ/Daubert Reply Briefs | April 10, 2026 |
| Final Pretrial Conference | TBD |
| Trial | TBD |

_____
**MURPHY, J.**