### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ZAXCOM, INC.** | **:** | **CIVIL ACTION** |
| | **:** | |
| **v.** | **:** | **NO.  23-1245** |
| | **:** | |
| **RODE MICROPHONES, LLC,** *et al.* | **:** | |

## ORDER

    **AND NOW**, this 8th day of July 2025, upon considering defendants' motion to stay the proceedings (DI 140), and plaintiff's opposition (DI 150), it is **ORDERED** defendants' motion to stay (DI 140) is **DENIED**.[1]

 

 

_____
**MURPHY, J.**

---

[1] Oral argument time tomorrow will be best spent focusing on claim construction rather than the motion to stay.  The motion is denied mainly because the prospects for simplification are too uncertain at this time.  There is no prejudice to defendant filing another motion to stay later if the situation changes materially.  With respect to the schedule for tomorrow, we can go into the afternoon if argument continues to be helpful; counsel should plan for a short 20-minute lunch break around noon.