IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAXCOM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RØDE MICROPHONES, LLC. and FREEDMAN ELECTRONICS PTY LTD.,<br><br>Defendants. | C.A. No. 1:23-cv-1245-JFM |

**STIPULATION TO AMEND THE SCHEDULING ORDER**

On June 11, 2026, the Court entered an order granting the Parties' Joint Stipulation to Amend the Scheduling Order (D.I. 187),

WHEREAS Plaintiff Zaxcom Inc.'s ("Zaxcom") Amended Infringement Contentions are due on August 14, 2026;

WHEREAS the parties are exploring the possibility of a settlement mediation;

WHEREAS a modification of the schedule as proposed herein may avoid potentially unnecessary efforts and expense by both parties;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the Court's approval, that the schedule shall be amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff to Amend Infringement Contentions | August 7, 2026 | August 21, 2026 |
| Defendants to Amend Invalidity Contentions | September 4, 2026 | September 25, 2026 |

All remaining dates in the schedule will remain unchanged.

Respectfully submitted,

Dated: August 6, 2026

**O'KELLY & O'ROURKE, LLC**

*/s/ Gerard M. O'Rourke*
Gerard M. O'Rourke (No. 3265)
Sean T. O'Kelly (No. 4349)
824 North Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4000
gorourke@okorlaw.com
sokelly@okorlaw.com

*Attorneys for Plaintiff*

Of Counsel:

Rita C. Chipperson
**CHIPPERSON LAW GROUP, P.C.**
163 Madison Avenue, Suite 220-40
Morristown, New Jersey 07960
973-845-9071
rcc@chippersonlaw.com

**SHAW KELLER LLP**

*/s/ Nathan R. Hoeschen*
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
**SHAW KELLER LLP**
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Defendants*

Of Counsel:

Martin J. Black
Michael H. McGinley
Michael A. Fisher
Jeffrey S. Edwards
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000

Jeffrey B. Plies
**DECHERT LLP**
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000

SO ORDERED this ___ day of ______________________, 2026.

UNITED STATES DISTRICT JUDGE